## Leffmann Trust.

Argued April 22, 1954. Before Stern, C. J., Stearne, Jones, Bell, Chidsey, Musmanno and Arnold, JJ.

130

*Israel Packel,* for appellant.

*Samuel W. Morris,* with him *John Russell, Jr.,* and *Morgan, Lewis & Bockius,* for appellee.

OPINION PER CURIAM, May 24, 1954:
The order of the court below is affirmed on the opinion of President Judge FRANK SMITH.